IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMERICAN FARM BUREAU FEDERATION, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) Civil Action No. 1:24-cv-213 (PTG/LRV) ) |
| VIRGINIA FARM BUREAU MUTUAL, *et al.*, | ) ) ) |
| *Defendants*. | ) |

**ORDER**

This matter comes before the Court on the July 9, 2024 Report and Recommendation ("R&R") (Dkt. 29) from Magistrate Judge Lindsey Robinson Vaala regarding the Motion for Default Judgment (Dkt. 22) filed by American Farm Bureau Federation, Virginia Farm Bureau Federation, and Virginia Farm Bureau Mutual Insurance Company (collectively, "Plaintiffs"). The Magistrate Judge advised the parties that objections to the R&R must be filed within fourteen (14) days of service, and that failure to object waives appellate review.[1] Dkt. 29 at 17. To date, no objections have been filed.

After reviewing the record and the Magistrate Judge's R&R, and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the findings and recommendations set forth by the Magistrate Judge in the R&R (Dkt. 29). Accordingly, it is hereby

**ORDERED** that Plaintiffs' amended Motion for Default Judgment (Dkt. 22) is **GRANTED**;[2] it is further

---

[1] In the R&R, the Magistrate Judge directed Plaintiffs to file a certificate of service showing that Plaintiffs served a copy of the R&R on Defendants in accordance with Virginia Code §§ 13.1-637(B), 12.1-19.1. On July 15, 2024, Plaintiffs filed said certificates of compliance, indicating that Defendants were served with the R&R on July 11, 2024. Dkts. 30, 31; *see also* Dkts. 32, 33, 34.

[2] Plaintiffs' initial motion for default judgment (Dkt. 18) is denied as moot.

**ORDERED** that Defendants Virginia Farm Bureau Mutual, Virginia Farm Bureau Mutual Ins c/o Margaret Walsh, and Virginia Farm Bureau Ins Corp c/o Margaret Walsh (collectively, "Defendants"), as well as their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, are permanently enjoined from:

1. Using, registering, or seeking to register the FARM BUREAU Marks in any form, including in connection with any other wording or designs, and any other marks, logos, designs, designations, or indicators that are confusingly similar to any of Plaintiffs' FARM BUREAU Marks and/or dilutive of Plaintiffs' FARM BUREAU Marks;

2. Representing by any means whatsoever, directly or indirectly, that Defendants, any product or services offered by Defendants, or any activities undertaken by Defendants, are associated or connected in any way with Plaintiffs or sponsored by or affiliated with Plaintiffs in any way; and

3. Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs 1–2; it is further

**ORDERED** that Defendants must immediately discontinue use of and destroy all goods, packaging, signage, advertisements, promotional materials, stationary, forms, and/or any other materials and things that contain or bear the FARM BUREAU Marks or any other terms confusingly similar to Plaintiffs' FARM BUREAU Marks and/or dilutive of Plaintiffs' FARM BUREAU Marks; it is further

**ORDERED** that within ten (10) business days of the entry of this Order, Defendants must disable the website at <vfbmins.com>; it is further

**ORDERED** that the domain name registrar, registry, and/or ISP host of the <vfbmins.com> website shall immediately, to the extent not already done, assist Plaintiffs in disabling the <vfbmins.com> website; and it is further

**ORDERED** that the Virginia State Corporation Commission shall immediately involuntarily terminate, administratively dissolve, expunge, and revoke the corporate existence of the Unauthorized Virginia Farm Bureau Entities—Virginia Farm Bureau Mutual (Legal Name, Entity ID: 11569684); Virginia Farm Bureau Mutual Ins c/o Margaret Walsh (Fictitious Name, Entity ID: 11569684); Virginia Farm Bureau Mutual Ins c/o Margaret Walsh (Fictitious Name, Entity ID: 11519457); and Virginia Farm Bureau Mutual Ins Corp c/o Margaret Walsh (Legal Name, Entity ID: 11563590)—and remove the Unauthorized Virginia Farm Bureau Entities from the Clerk's Information System and all other publicly available databases.

The Clerk of Court is directed to enter judgment in favor of Plaintiffs as set forth above, pursuant to Federal Rule of Civil Procedure 55, and to close this civil action.

It is **SO ORDERED**.

\*\*\*

To appeal this decision, Defendants must file a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry of this Order. A notice of appeal is a short statement indicating a desire to appeal, including the date of the order Defendants wants to appeal. Defendants need not explain the grounds for appeal until so directed by the court of appeals. Failure to file a timely notice of appeal waives Defendants' right to appeal this decision.

Entered this 15th day of August, 2024.
Alexandria, VA

Patricia Tolliver Giles
United States District Judge